IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00506-AP

GRIFFITH J. DAVIES,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    RICK P. SAUER, ESQ.
    700 Macon Ave.
    Canon City, CO 81212
    (719) 275-7591
    (719) 275-6165 (fax)
    rps@bresnan.net

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    (303) 844-0770 (fax)
    tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**     **Date Complaint Was Filed:** 03/14/07

      **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** 03/16/07

      **C.**     **Date Answer and Administrative Record Were Filed:** 05/16/07

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

      **A.**     **Plaintiff's Opening Brief Due:** 10/15/07

      **B.**     **Defendant's Response Brief Due:** 11/01/07

      **C.**     **Plaintiff's Reply Brief (If Any) Due:** 12/03/07

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Oral Argument not requested.

      B.      **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.      **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this <u>28th</u> day of <u>August</u>, 2007.

                                BY THE COURT:

                                *S/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

                                                    UNITED STATES ATTORNEY

| | |
|---|---|
| s/ Rick P. Sauer | s/ Thomas H. Kraus |
| RICK P. SAUER | By: THOMAS H. KRAUS |
| 700 Macon Ave. | Special Assistant U.S. Attorney |
| Canon City, CO 81212 | 1961 Stout St., Suite 1001A |
| (719) 275-7591 | Denver, Colorado  80294 |
| (719) 275-6165 (fax) | Telephone:  (303) 844-0017 |
| rps@bresnan.net | tom.kraus@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |